UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE # 1 and JOHN DOE # 2, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>EPIQ CORPORATE RESTRUCTURING, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   No. 3:23-cv-00154-OAW<br>)<br>)<br>)<br>)<br>)<br>)<br>)   AUGUST 10, 2023 |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, John Doe # 1 and John Doe #2, on behalf of themselves and each the proposed Settlement Class, move for an entry of the Parties' agreed-upon [Proposed] Order Preliminarily Approving Settlement and Providing for Class Notice submitted herewith. This Motion is based on the accompanying Memorandum of Law, as well as the Stipulation of Settlement filed simultaneously along with Exhibits (Exhibit A, [Proposed] Preliminary Approval Order; Exhibit A-1, Notice; Exhibit A-2 Claim Form; Exhibit B, Judgment Approving Settlement).

By: *[signature]*
Kelly E. Reardon (ct28441)
**THE REARDON LAW FIRM, P.C.**
160 Hempstead Street
P.O. Drawer 1430
New London, CT 06320
Phone: 860-442-0444
Fax: 860-444-6445
Email: kreardon@reardonlaw.com

1

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 10, 2023, I caused the foregoing motion to be filed with the Court's electronic case filing system (ECF), which will provide notice of its filing electronically to all counsel of record in this action.

By: /s/ Kelly Reardon
Kelly E. Reardon (ct28441)
**THE REARDON LAW FIRM, P.C.**
160 Hempstead Street
P.O. Drawer 1430
New London, CT 06320
Phone: 860-442-0444
Fax: 860-444-6445
Email: kreardon@reardonlaw.com

2

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515