Civil- (Dec-2008)

HONORABLE: William I Garfinkel

DEPUTY CLERK L. Barry    RPTR/ECRO/TAPE Terri Fidanza

TOTAL TIME: 0 hours 54 minutes

DATE: 10/27/2023   START TIME: 10:01   END TIME: 10:55
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:23-cv-00154-WIG

Doe et al                                             Kelly E. Reardon
                                                      Plaintiff's Counsel
          vs
Epiq Corporate Restructuring, LLC                     John J. Clarke, Jr., Scott Louis Weber
                                                      Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing              ☐ Show Cause Hearing
☐ Evidentiary Hearing         ☐ Judgment Debtor Exam
☑ Settlement Hearing

☑ .....#15___ Motion to Certify Class (moot)                          ☐ granted ☑ denied ☐ advisement
☑ .....#28___ Motion to Dismiss for Lack of Jurisdiction (moot)       ☐ granted ☑ denied ☐ advisement
☑ .....#36___ Motion to Strike 35 Objection (moot)                    ☐ granted ☑ denied ☐ advisement
☑ .....#71___ Motion for Settlement                                   ☑ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____                                        ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____                                        ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____                                        ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion_____                                        ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion_____                                        ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion_____                                        ☐ granted ☐ denied ☐ advisement
☐ .... Oral Motion_____                                         ☐ granted ☐ denied ☐ advisement
☐ ..... ☐Briefs(s) due _____ ☐Proposed Findings due_____ Response due_____
☐ ............ _____              ☐ filed ☐ docketed
☐ ............ _____              ☐ filed ☐ docketed
☐ ............ _____              ☐ filed ☐ docketed
☐ ............ _____              ☐ filed ☐ docketed
☐ ............ _____              ☐ filed ☐ docketed
☐ ............ _____              ☐ filed ☐ docketed
☐ ............ _____ Hearing continued until _____ at _____

Judgment to follow.